IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 08-cv-01709-REB-KLM

MICHAEL A. COLLINS, an individual,

    Plaintiff,

v.

ACE MORTGAGE FUNDING, LLC, and its employees, agents and affiliates, individually,
COUNTRYWIDE HOME LOANS, INC., a/k/a COUNTRYWIDE HOME LOANS SERVICING, LP, and its employees, agents and affiliates, individually,

    Defendant.

## MINUTE ORDER[1]

    The matter comes before the court on **Defendant Countrywide Home Loans, Inc.'s Motion For Leave To File Its Amended Motion To Dismiss Out of Time** [#17] filed September 8, 2008. The motion is **GRANTED.** Defendant Countrywide Home Loans, Inc. shall have until the close of business on **September 10, 2008**, in which to file it's amended motion to dismiss.

    Dated: September 8, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.