IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01709-REB-KLM

MICHAEL A. COLLINS, an individual,

    Plaintiff,

v.

ACE MORTGAGE FUNDING, LLC, and its employees, agents and affiliates, individually, COUNTRYWIDE HOME LOANS, INC., a/k/a COUNTRYWIDE HOME LOANS SERVICING, LP, and its employees, agents and affiliates, individually,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion for Leave to Amend Its [sic] Verified Complaint** [Docket No. 37; Filed October 14, 2008] (the "Motion"). Although Plaintiff Countrywide Home Loans, Inc. responded in opposition to Plaintiff's Motion [Docket No. 43], the Court notes that Plaintiff does not need permission to amend his complaint. Plaintiff, who has not amended his complaint previously, may do so once as a matter of course without leave of Court pursuant to Fed. R. Civ. P. 15(a)(1) as no answer or responsive pleading has been filed. While motions to dismiss are pending, these are not considered responsive pleadings for purposes of application of Rule 15(a)(1). *See Glenn v. First Nat'l Bank*, 868 F.2d 368, 370 (10th Cir. 1989).

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Court accepts Plaintiff's Amended Verified Complaint [Docket No. 37-2] for filing as of the date of this Minute Order.

    IT IS FURTHER **ORDERED** that Defendant Countrywide Home Loans, Inc. shall answer or otherwise respond to the Amended Verified Complaint on or before **December 5, 2008**.

Dated: November 12, 2008