IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01709-REB-KLM

MICHAEL A. COLLINS, an individual,

    Plaintiff,

v.

ACE MORTGAGE FUNDING, LLC, and its employees, agents and affiliates, individually, COUNTRYWIDE HOME LOANS, INC., a/k/a COUNTRYWIDE HOME LOANS SERVICING, LP, and its employees, agents and affiliates, individually,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Countrywide's **Unopposed Second Motion for Extension of Time to File Reply to Plaintiff's Response to Defendant Countrywide's Motion to Dismiss or for Summary Judgment** [Docket No. 68; Filed January 15, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Defendant Countrywide shall file its Reply to Plaintiff's Response to Defendant Countrywide's Motion to Dismiss or for Summary Judgment [Docket No. 52] on or before **January 23, 2009**.

Dated: January 16, 2009