IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01709-REB-KLM

MICHAEL A. COLLINS, an individual,

    Plaintiff,

v.

ACE MORTGAGE FUNDING, LLC, and its employees, agents and affiliates, individually, COUNTRYWIDE HOME LOANS, INC., a/k/a COUNTRYWIDE HOME LOANS SERVICING, LP, and its employees, agents and affiliates, individually,

    Defendant(s).
_____

**MINUTE ORDER**
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on **Plaintiff's Motion for Leave to Amend His Motion for Summary Judgment and for Judgment on the Pleadings** [Docket No. 71; Filed January 16, 2009] (the "Motion"). Although couched as a request to amend a pleading pursuant to Fed. R. Civ. P. 15(a), the Court interprets the Motion as a request to withdraw Plaintiff's initial Motion for Summary Judgment [Docket No. 50]. Defendant Countrywide ("Defendant") filed a Response in opposition to the Motion [Docket No. 77]. Specifically, Defendant objects to Plaintiff's request on the basis of the sufficiency of the legal arguments asserted in the proposed Amended Motion for Summary Judgment. These arguments do not necessarily provide a legal basis to prevent Plaintiff from withdrawing his current Motion for Summary Judgment and filing a new request for dispositive relief.

Plaintiff is proceeding *pro se*, and thus his pleadings must be construed liberally.

*See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Although the Court has previously denied or stricken Plaintiff's prior attempts to supplement his initial Motion for Summary Judgment, these rulings were primarily based upon procedural deficiencies with the pleadings [Docket Nos. 56 & 66]. While Defendant's points are well taken that Plaintiff may not be entitled to summary judgment on claims for relief not contained in his complaint or claims which may be jurisdictionally barred, Defendant may raise these arguments in its response to the Amended Motion for Summary Judgment. The Court will consider the parties' briefings on these issues on their merits. I further base my ruling on the fact that the Motion was filed prior to expiration of the dispositive motions deadline and does not appear to be filed for an improper purpose, such as delay or harassment.

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Court deems Plaintiff's initial Motion for Summary Judgment [Docket No. 50] to be WITHDRAWN.

IT IS FURTHER **ORDERED** that the Clerk shall accept Plaintiff's Amended Motion for Summary Judgment [Docket Nos. 71-2 & 71-3] for filing as of the date of this Minute Order.

IT IS FURTHER **ORDERED** that Defendant Countrywide shall file a response to Plaintiff's Amended Motion for Summary Judgment on or before **March 9, 2009**. Defendant need not repeat arguments made in its response to Plaintiff's initial Motion for Summary Judgment [Docket No. 57], to the extent that such arguments remain viable in response to Plaintiff's Amended Motion for Summary Judgment. The Court will consider Defendant's responses to both motions, if requested to do so by Defendant.

Dated: February 10, 2009