IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-01709-REB-KLM

MICHAEL A. COLLINS, an individual,

    Plaintiff,

v.

ACE MORTGAGE FUNDING, LLC, and its employees, agents and affiliates, individually, COUNTRYWIDE HOME LOANS, INC., a/k/a COUNTRYWIDE HOME LOANS SERVICING, LP, and its employees, agents and affiliates, individually,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant Countrywide Home Loan, Inc.'s Motion for Protective Order** [Docket No. 96; Filed April 28, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Parties may not propound discovery outside the deadlines set in the Scheduling Order without first seeking leave of Court.  For instance, prior to expiration of a deadline, a party is required to move for an extension of time supported by a statement of good cause.  Fed. R. Civ. P. 16(b)(4); *see also Scheduling Order* [#35] at 17.  If a party discovers that he needs an extension of time after a deadline has expired, he must move for that extension supported by a statement of excusable neglect, Fed. R. Civ. P. 6(b)(1)(B), and also provide good cause for the extension.  The Scheduling Order entered in this case set a deadline of January 28, 2009 to propound written discovery.  *Scheduling Order* [#35] at 14.  Plaintiff propounded his discovery requests on March 27 and April 16, 2009.  *Motion* [#96] at 1.  As such, neither requests were timely.  Moreover, Plaintiff failed to obtain permission to propound discovery outside the discovery deadlines set in this case.  Therefore, I agree that Defendant should not be required to respond to Plaintiff's discovery requests.

    IT IS FURTHER **ORDERED** that the Court *sua sponte* extends the deadline for filing dispositive motions to **June 1, 2009**.  The Court notes that both parties currently have a motion for summary judgment pending [Docket Nos. 52 & 54].  The parties are reminded that pursuant to Judge Robert E. Blackburn's Practice Standards, each party may file only a total of twenty (20) pages regarding motion(s) for summary judgment, regardless of the number of such motions filed. *See* REB Civ. Practice Standard V.I.4(a).

Dated:  April 29, 2009