**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 08-cv-01709-REB-KLM

MICHAEL A. COLLINS, an individual,

      Plaintiff,
v.

ACE MORTGAGE FUNDING, LLC, and its employees, agents and affiliates, individually, and
COUNTRYWIDE HOME LOANS, INC., a/k/a COUNTRYWIDE HOME LOANS SERVICING, LP, and its employees, agents and affiliates, individually,

      Defendants.

## ORDER DENYING MOTION TO DISMISS AS MOOT

**Blackburn, J.**

The matter before me is **Defendant Ace Mortgage Funding LLC's Motion To Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6)** [#12] filed September 2, 2008. Having the consent of the magistrate judge, I withdraw the prior order of reference and deny the motion as moot.

After the motion became ripe for determination, defendant Ace Mortgage Funding, LLC, filed for bankruptcy in Delaware. (*See* **Suggestion of Bankruptcy of Ace Mortgage Funding, LLC** [#44] filed November 6, 2008.) The case as against Ace Mortgage Funding accordingly was stayed. Soon thereafter, however, plaintiff filed an amended complaint. (*See* **Amended Verified Complaint** [#48], filed November 11, 2008.) The filing of the amended complaint moots defendant's motion to dismiss, which is directed to the original, and now superseded, complaint.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Order of Reference** [#13] filed September 3, 2008, is **WITHDRAWN**, with the consent of the magistrate judge; and

2. That **Defendant Ace Mortgage Funding LLC's Motion To Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6)** [#12] filed September 2, 2008, is **DENIED AS MOOT**.

Dated June 12, 2009, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge