**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 08-cv-01709-REB-KLM

MICHAEL A. COLLINS, an individual,

      Plaintiff,

v.

ACE MORTGAGE FUNDING, LLC, and its employees, agents and affiliates, individually, and
COUNTRYWIDE HOME LOANS, INC., a/k/a COUNTRYWIDE HOME LOANS SERVICING, LP, and its employees, agents and affiliates, individually,

      Defendants.

**ORDER DENYING PLAINTIFF'S MOTION TO VACATE AND
SET-ASIDE [sic] COURT'S ORDER DATED JUNE 23, 2009**

**Blackburn, J.**

The matter before me is plaintiff's **Motion To Vacate and Set-Aside [sic] Order Dated June 23, 2009** [#113], filed July 6, 2009.  I deny the motion.

The bases for granting reconsideration are extremely limited:

> Grounds warranting a motion to reconsider include (1) an intervening change in the controlling law, (2) new evidence previously unavailable, and (3) the need to correct clear error or prevent manifest injustice.  Thus, a motion for reconsideration is appropriate where the court has misapprehended the facts, a party's position, or the controlling law.  It is not appropriate to revisit issues already addressed or advance arguments that could have been raised in prior briefing.

*Servants of the Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000) (citations omitted).  Plaintiff offers nothing suggesting that any of these factors are implicated in this case.  Reconsideration, therefore, is not warranted or required.

**THEREFORE, IT IS ORDERED** that plaintiff's **Motion To Vacate and Set-Aside [sic] Order Dated June 23, 2009** [#113], filed July 6, 2009, is **DENIED**.

Dated August 28, 2009, at Denver, Colorado.

BY THE COURT:

*[signature]*
Robert E. Blackburn
United States District Judge