**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 08-cv-01709-REB-KLM

MICHAEL A. COLLINS, an individual,

    Plaintiff,

v.

ACE MORTGAGE FUNDING, LLC, and its employees, agents and affiliates, individually, and
COUNTRYWIDE HOME LOANS, INC., a/k/a COUNTRYWIDE HOME LOANS SERVICING, LP, and its employees, agents and affiliates, individually,

    Defendants.

## ORDER MAKING ABSOLUTE THE ORDER TO SHOW CAUSE

**Blackburn, J.**

This matter is before me *sua sponte*.  On June 24, 2009, I entered an **Order To Show Cause** [#111] directing plaintiff to show cause on or before July 15, 2009, why this lawsuit should not be administratively closed.  Plaintiff has not responded to that order or otherwise demonstrated why, in light of the automatic stay occasioned by the bankruptcy of defendant Ace Mortgage Funding, LLC, this case should not be administratively closed.[1]  I perceive no just reason for continuing this case on the court's docket while the only remaining defendant is subject to an automatic stay of plaintiff's claims against it.

---

[1] Instead, plaintiff filed a motion for reconsideration of my **Order Overruling Objections to and Adopting Recommendation of the United States Magistrate Judge** [#110], filed June 23, 2009.  (*See* **Motion To Vacate and Set-Aside [sic] Court's Order Dated June 23, 2009** [#113], filed July 6, 2009.)  Nowhere in his brief, or indeed in any of the 330 additional pages of supporting documentation appended thereto, is defendant Ace Mortgage Funding, LLC, mentioned.  Moreover, I have now denied that motion. (*See* **Order Denying Plaintiff's Motion To Vacate and Set-Aside [sic] Court's Order Dated June 23, 2009** [#118], filed August 28, 2009.)

**THEREFORE, IT IS ORDERED** as follows:

1. That my **Order To Show Cause** [#111], filed June 24, 2009, is **MADE ABSOLUTE**; and

2. That this case is **ADMINISTRATIVELY CLOSED** pursuant to D.C.COLO.LCivR. 41.2, subject to reopening for good cause shown.

Dated August 28, 2009, at Denver, Colorado.

                         **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge